IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01988-RPM

GREGORY B. McCAFFREY and
KATHY A. BUSCH,

     Plaintiffs,

v.

THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation, and
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation,

     Defendants.

---

ORDER DENYING MOTION TO REMAND

---

The plaintiffs filed a motion to remand on October 10, 2007, on the sole basis that the removing defendants did not attach a copy of the summons to the notice of removal. All other pleadings from the state court action are copied and there is no issue as to the dates of service on the defendants and that the removal is timely. The omission of a copy of the summons is of no consequence and it is therefore

ORDERED that the motion to remand is denied.

Dated: October 11, 2007

                                      BY THE COURT:

                                      s/ Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge