IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: January 18, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki
_____

Civil Action No. 07-cv-01988-RPM

| | |
|---|---|
| GREGORY B. MCCAFFREY and KATHY A. BUSCH, | Bradley A. Levin |

Plaintiffs,

v.

| | |
|---|---|
| THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation and THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation, | Hillary D. Wells |

Defendants.
_____

## COURTROOM MINUTES
_____

**Motion Hearing**

**10:00 a.m.**     **Court in session.**

Plaintiff Busch present.

Court's preliminary remarks and summary of issue before it.

10:03 a.m.     Argument by Mr. Levin.

Court suggests plaintiff amend pleading to add ERISA as an alternative claim for benefits.

10:10 a.m.     Argument by Ms. Wells but states defendants do not oppose Court's suggestion.

Ms. Wells agrees defendants will file an answer to amended complaint.

**ORDERED:**     Defendant's Motion to Dismiss, filed October 22, 2007 [15], is denied. Plaintiffs shall file an amended complaint and defendants shall file an answer. After parties' pleadings are filed a scheduling conference will be set.

**10:15 a.m.**     **Court in recess.**     Hearing concluded. Total time: 15 min.