IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01988-RPM

GREGORY B. McCAFFREY and
KATHY A. BUSCH,

    Plaintiffs,
v.

THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation, and
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation,

    Defendants.


**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/M. V. Wentz
 Secretary


    The Joint Motion to Vacate and Reset Scheduling Conference [30] is granted. The scheduling conference set for March 26, 2008**,** vacated and **rescheduled for March 31, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White U. S. Courthouse, 1823 Stout Street, Denver, Colorado. The proposed scheduling order shall be submitted directly to chambers by **4:00 p.m. on March 27, 2008.**


DATED: February 8, 2008