IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01988-RPM

GREGORY B. McCAFFREY and
KATHY A. BUSCH,

    Plaintiffs,

v.

THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation, and
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation,

    Defendants.

## ORDER DIRECTING PHASE ONE DISCOVERY

On April 1, 2008, a scheduling conference was held at which time the Court proposed that discovery should be conducted in phases with phase one limited to whether plaintiffs' state law claims are preempted by ERISA. and whether the $1,000,000 lifetime per sickness limit applies to Gregory McCaffrey's illness. The parties were directed to submit a new proposed scheduling order by April 18, 2008. The new proposed scheduling order submitted reflects a disagreement with respect to proceeding with discovery on the plaintiffs' state law claim for bad faith breach of the insurance contract. Because of the disagreement, the proposed scheduling order has not been entered. The plaintiffs' proposals in the newly submitted proposed scheduling order are not consistent with the Court's purpose in effective case management in this case. The parties are therefore directed to proceed to develop a scheduling order with phase one discovery limited to what this Court has identified as phase one issues. It is

ORDERED that a proposed scheduling order in accordance with this direction shall be submitted by April 28, 2008, before 4:00 p.m.

Dated: April 21st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge