IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL Action No. 1:07-cv-01988-RPM

GREGORY D. McCAFFREY
and KATHY A. BUSCH,

    Plaintiffs,

v.

THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation, and
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation

    Defendants.
_____

**ORDER GRANTING STIPULATED MOTION TO AMEND PHASE I
SCHEDULING ORDER**
_____

    Upon consideration of the parties' Stipulated Motion to Amend Phase I Scheduling Order, it is

    ORDERED that Section 7(b) of the Phase I Scheduling Order is amended to state that discovery cut-off with respect to the Phase I issues is August 29, 2008, and Section 7(c) of the Phase I Scheduling Order is amended to state that the summary judgment deadline with respect to the Phase I issues is September 15, 2008. The remaining provisions of the Phase I Scheduling Order shall remain as stated therein.

    DATED this 25th day of July, 2008.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior Judge