IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: January 29, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

---

Civil Action No. 07-cv-01988-RPM

| | |
|---|---|
| GREGORY B. MCCAFFREY and<br>KATHY A. BUSCH,<br><br>  Plaintiffs,<br><br>v.<br><br>THE CHESAPEAKE LIFE INSURANCE COMPANY,<br>an Oklahoma corporation and<br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY,<br>an Oklahoma corporation,<br><br>  Defendants. | Bradley A. Levin<br>Jeremy A. Sitcoff<br><br><br><br><br><br>Douglas B. Tumminello<br>Hillary D. Wells |

---

## COURTROOM MINUTES

---

**Hearing on Pending Motions**

**3:37 p.m.    Court in session.**

Plaintiff Kathy Busch present.

Court's preliminary remarks.

| | |
|---|---|
| 3:39 p.m. | Argument by Mr. Tumminello [48]. |
| 3:45 p.m. | Argument by Mr. Levin. |
| 3:50 p.m. | Argument by Ms. Wells [50]. |
| 3:59 p.m. | Argument by Mr. Sitcoff. |
| 4:05 p.m. | Rebuttal argument by Mr. Tumminello [48]. |
| 4:08 p.m. | Mr. Levin answers procedural questions asked by the Court. |

**ORDERED:** **Defendants' Motion for Summary Judgment on Phase I Issues Related to ERISA Preemption, filed September 29, 2008 [48], is denied.**

**ORDERED:** **Defendants' Motion for Summary Judgment RE: The $1,000,000 Per Sickness Lifetime Maximum, filed September 29, 2008 [50], is denied.**

Court instructs counsel to confer regarding how they intend to proceed.

**4:10 p.m.    Court in recess.**    Hearing concluded. Total time: 33 min.