IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01988-RPM

GREGORY B. McCAFFREY and
KATHY A. BUSCH,

    Plaintiffs,

v.

THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation, and
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/J. Chris Smith
 Deputy Clerk

    The Joint Motion to Vacate and Reset Status Conference, filed April 17, 2009 [74], is granted. Counsel shall file a status report, after the Mediation scheduled April 29, 2009, on whether the parties have reached a settlement.

DATED: April 17, 2009