IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01988-RPM

GREGORY B. McCAFFREY and
KATHY A. BUSCH,

     Plaintiffs,

v.

THE CHESAPEAKE LIFE INSURANCE COMPANY, an Oklahoma corporation, and
THE MEGA LIFE AND HEALTH INSURANCE COMPANY, an Oklahoma corporation,

     Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulated Motion for Dismissal with Prejudice [78], filed on June 12, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys fees and costs.

Dated: June 15th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge